```
Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MATILDE COWEN
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILDE COWEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UPGRADE, INC.<br><br>　　　　　Defendant(s), | Case No.: 22-cv-02072-MMA-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Todd W. Robinson |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MATILDE COWEN ("Plaintiff") hereby voluntarily dismisses all claims against Defendant UPGRADE, INC., and this entire action, with prejudice.

　　　In support of said dismissal, Plaintiff avers as follows:

On December 29, 2022, Plaintiff filed the operative Complaint (ECF 1).

As of the date of this Notice, Defendant UPGRADE, INC., has not filed an answer nor a motion for summary judgment, nor a counterclaim.

On February 15, 2023, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's herein, subject to the execution of a confidential agreement (ECF 5). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have all claims against Defendant UPGRADE, INC., and this Entire Action, dismissed with prejudice. The parties shall each bear their own fees and costs.

Dated: March 1, 2023,   By:   *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On March 1, 2023, I served the following documents:

☒ NOTICE OF VOLUNTARY DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On: Nicole M. Johnson – njohnson@mcginley.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 1, 2023,   By:   *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff